371 A.2d 516

Figures et al., Appellants, v. Levitan et al.

Argued September 13, 1976. Allen L. Feingold, with him Louis E. Slawe, for appellants; Edward R. Murphy, with him Marshall, Dennehey & Warner, for appellees.

Order affirmed.